**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Diane P. Cragg, California Bar No. 221121
Sharon L. Stewart, California Bar No. 235706
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
E-Mail:     andrea.hicks@bryancave.com
                diane.cragg@bryancave.com
                sharon.stewart@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debbie A Pace,<br><br>            Plaintiff,<br><br>      v.<br><br>Equifax Information Services LLC, a Georgia limited liability company;<br>Bank of America, N.A.;<br>American Honda Finance corporation, a California corporation.<br><br>            Defendants. | Case No.: 2:14-CV-02635-TLN-DAD<br><br>Hon. Troy L. Nunley<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  November 12, 2014<br>Trial Date:           Not Yet Set |

SF01DOCS\227535

ORDER APPROVING JOINT STIPULATION FOR ORDER EXTENDING TIME

1   The Court having read and considered the *Joint Stipulation to Extend Defendant
2   Bank of America, N.A.'s Time to Respond to Complaint* ("Stipulation") filed by the Parties:
3   IT IS ORDERED THAT Defendant's deadline to file a responsive pleading to
4   Plaintiff's Complaint shall be extended until and including **January 5, 2015.**

Dated:  December 10, 2014

_____
Troy L. Nunley
United States District Judge